**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-2571-AP

KAYDEL RICHARDSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Kristina J. Vasold, Reg. #39113<br>Sawaya, Rose, Kaplan, & McClure, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>kvasold@sawayalaw.com | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>NADIA N. SULLIVAN<br>Special Assistant U. S. Attorney<br>nadia.sullivan@ssa.gov<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 844-1949 |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** October 20, 2010.
   B. **Date Complaint Was Served on U.S. Attorney's Office:** October 21, 2010.
   C. **Date Answer and Administrative Record Were Filed:** December 17, 2010.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   **Plaintiff states:** To the best of his knowledge, the record is complete.
   **Defendant states:** To the best of his knowledge, the record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   **Plaintiff states:**   None anticipated.
   **Defendant states:**  None anticipated.

6. **STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7. **OTHER MATTERS**

   None.

8. **BRIEFING SCHEDULE**

   A. **Plaintiffs Opening Brief Due:** February 15, 2011
   B. **Defendant's Response Brief Due:** March 17, 2011
   C. **Plaintiffs Reply Brief (If Any) Due:** April 1, 2011

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B. **Defendant's Statement:** Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of January, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Kristina J. Vasold<br>Kristina J. Vasold, Reg. #39113<br>Sawaya, Rose, Kaplan, & McClure, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>kvasold@sawayalaw.com<br><br>Attorneys for Plaintiff. | DAVID F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>By: s/Nadia N. Sullivan<br>    NADIA N. SULLIVAN<br>    Special Assistant U. S. Attorney<br>    Office of the General Counsel<br>    Social Security Administration<br>    1001 Seventeenth Street<br>    Denver, CO 80202<br>    Telephone: (303) 844-1949<br>    Nadia.sullivan@ssa.gov<br><br>    Attorneys for Defendant. |