IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02571-WYD

KAYDEL RICHARDSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Defendant's document entitled "Stipulated Fees Under the Equal Access to Justice Act", which I presume was meant to be entitled a stipulated motion for an award of fees, and Plaintiff's Petition for Fees Under 28 U.S.C. § 2412 and Stipulation (ECF Nos. 17 and 18.)  Both parties' motions state that the parties have agreed to a compromise settlement of Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act in the amount of $4,550.69.  Having reviewed the motions and finding good cause therefor as stated in Plaintiff's motion, it is

ORDERED that Defendant's Stipulated [Motion for an Award of] Fees Under the Equal Access to Justice Act (ECF No. 17) and Plaintiff's Petition for Fees Under 28 U.S.C. § 2412 and Stipulation (ECF No. 18) are **GRANTED**.  In accordance therewith, attorney fees in the amount of **$4,550.69** are awarded to Plaintiff, which shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

Dated July 6, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge